### 18027. JOHNSON *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only. The evidence for the State, combined with portions of the defendant's statement to the jury (and it is well settled that the jury can believe portions of a defendant's statement and disbelieve the rest of it), authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 11, 1927.

Manslaughter; from DeKalb superior court—Judge Hutcheson. January 29, 1927.

*Branch & Howard, B. H. Burgess,* for plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 931, n. 95; p. 1180, n. 74; p. 1217, n. 45. Homicide, 30 C. J. p. 316, n. 68.